# Costello & Mains, LLC
**Counselors at Law**

**Kevin M. Costello**◊
**Deborah L. Mains**○
**Daniel T. Silverman**□
**Drake P. Bearden, Jr.** ◊□

◊CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY

○ Member of the New Jersey, New York Bars.
+ Member of the New Jersey Bar
□ Member of the New Jersey, Pennsylvania Bars



**Michael J. Reilly +**
**Marisa J. Hermanovich** □
**Jacquelyn R. Matchett** □
**Christopher M. Emrich** □
**Alicia R. Ivory**□
**Miriam S. Edelstein** ○□
**S. Caroline Granato +**

**www.CostelloMains.com**
**(856) 727-9700**
**(856) 727-9797 (fax)**

Wednesday, November 18, 2020

<u>VIA E-FILING</u>
Karen M. Williams, U.S.M.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

      RE:    Meachum v. Carvana, LLC, et al.
               Docket No.:  D.N.J. 1:20-cv-16057-JHR-KMW

Dear Judge Williams:

     Undersigned counsel for the plaintiff in the above-referenced matter writes to notify the Court that the plaintiff's name appears to be listed incorrectly on the Court's docket, and to request that the Court enter the attached Consent Order directing that the docket reflect the plaintiff's correct legal name.

     The plaintiff's correct legal name is "Edward Meachum", which name appeared on the caption of this matter as originally filed, as well as in the papers submitted by counsel for the defendants upon removal of the matter to this Court; whereas the Court's docket currently lists the plaintiff's name as "David Meachum".  Defense counsel, copied on this correspondence, has consented to this request and to the submission of the attached Consent Order as well.

     Please let us know if the Court requires any additional information regarding this request or Consent Order.

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**

Wednesday, November 18, 2020
Page **2** of **2**

      Thank you for your consideration of this matter.

                                            Very truly yours,

                                          **COSTELLO & MAINS, LLC**

                      **By:**     *s/ Miriam S. Edelstein*
                               **Miriam S. Edelstein, Esq.**

**Att.**

cc:    Richard J. Cino, Esquire (all via ECF and regular mail, w/att.)
        Nicholas A. Plinio, Esquire

**18000 Horizon Way, Suite 800, Mt. Laurel, NJ 08054**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWARD MEACHUM, | CIVIL ACTION |
| Plaintiff(s), | |
| | DOCKET NO. 1-20-cv-16057-JHR-KMW |
| vs. | |
| | **CONSENT ORDER CORRECTING PLAINTIFF'S NAME** |
| CARVANA MOTOR CORP.; CARVANA LLC and JOHN DOES 1-5 AND 6-10, | |
| Defendant(s). | |

By consent of the undersigned counsel for the parties, the Court hereby **ORDERS** that the caption, docket and all other information associated with this matter reflect that the correct name of the plaintiff is "Edward Meachum" and that any reference otherwise be deemed an inadvertent error.

**SO ORDERED:**

_____
Dated:                                                                     The Honorable Karen M. Williams, U.S.D.J.


*s/ Miriam S. Edelstein*                                  *s/ Nicholas A. Plinio*
Miriam S. Edelstein, Esq.                             Richard J. Cino, Esq.
COSTELLO & MAINS, LLC                         Nicholas A. Plinio, Esq.
18000 Horizon Way, Ste. 800                    JACKSON LEWIS, P.C.
Mt. Laurel, NJ 08054                                   200 Connell Drive, Ste. 2000
856-727-9700                                               Berkeley Heights, NJ 07922
medelstein@costellomains.com               908-795-5200
                                                                         richard.cino@jacksonlewis.com
Attorneys for Plaintiff                                  nicholas.plinio@jacksonlewis.com

                                                                         Attorneys for Defendants